UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-22591 |
| | ) | |
| NICOLE POLLARD, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **September 21, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

PollardNFRCrtSrv

# SERVICE LIST
# NICOLE POLLARD, DEBTOR
# CASE NO. 16-22591

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Nicole Pollard
110 W. 140th Court
Riverdale, IL 60827

Peter Schillingford
c/o Lance R. Minor
120 N. LaSalle Street
20th Floor
Chicago, IL 60602

Discover Bank
Discover Bank Products Inc.
PO Box 3025
New Albany, OH 43054-3025

PollardTFRSrvList

1