# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nicole Pollard | § | Case No. 16-22591 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 65,000.00
*(Without deducting any secured claims)*

Assets Exempt: 22,000.00

Total Distributions to Claimants: 3,159.55

Claims Discharged
Without Payment: 117,647.43

Total Expenses of Administration: 4,540.45

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 300.00 (see **Exhibit 2**), yielded net receipts of $ 7,700.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 66,551.96 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,540.45 | 4,540.45 | 4,540.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,892.00 | 35,450.00 | 35,450.00 | 3,159.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,372.00 | 4,876.02 | 4,876.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 120,815.96 | $ 44,866.47 | $ 44,866.47 | $ 7,700.00 |

4) This case was originally filed under chapter 7 on 07/14/2016 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/22/2017                By:/s/STEVEN R. RADTKE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC Suit-Pollard v Holland School District #151, et al. 15- | 1249-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 8,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nicole Pollard | Exemptions | 8100-002 | 300.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 300.00 |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Harvey Water Department, PO Box 2600 Harvey, IL 60426 | | 100.00 | NA | NA | 0.00 |
| | Cook County Treasurer, PO Box 4488 Carol Stream, IL 60197-4488 | | 847.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank, 5050 Kingsley Dr Cincinnati, OH 45227 | | 36,313.00 | NA | NA | 0.00 |
| | Us Bank Home Mortgage, 4801 Frederica St Owensboro, KY 42301 | | 29,291.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 66,551.96 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,520.00 | 1,520.00 | 1,520.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 6.32 | 6.32 | 6.32 |
| STEVEN R. RADTKE | 3110-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 14.13 | 14.13 | 14.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,540.45 | $ 4,540.45 | $ 4,540.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Office Of The Atty Gen, Po Box 12017 Austin, TX 78711 | | 2,667.00 | NA | NA | 0.00 |
| 1 | Peter Shillingford | 5100-000 | 10,225.00 | 35,450.00 | 35,450.00 | 3,159.55 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 12,892.00 | $ 35,450.00 | $ 35,450.00 | $ 3,159.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 123 Divorce Company-A/R, 3121 N Fitzhugh Ave Dallas, TX 75204 | | 319.00 | NA | NA | 0.00 |
| | 5/3 Bank, 5050 Kingsley Dr. 1MOC2G Cincinnati, OH 45263 | | 3,737.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, Bankruptcy Department CA6-919-0241, PO Box 5170 Simi Valley, CA 93062 | | 11,417.00 | NA | NA | 0.00 |
| | Cardmember Services, PO Box 790408 Saint Louis, MO 63179 | | 583.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 3,378.00 | NA | NA | 0.00 |
| | Dollar Processing Services, 1150 N. Alma School Rd. O-5 Mesa, AZ 85201 | | 16.00 | NA | NA | 0.00 |
| | Elan Financial Service, Po Box 108 Saint Louis, MO 63166 | | 538.00 | NA | NA | 0.00 |
| | EMP of Cook County, LLC, P.O. Box 14099 Belfast, ME 04915 | | 897.00 | NA | NA | 0.00 |
| | Franciscan Alliance, 28044 Network Place Chicago, IL 60673-1280 | | 885.00 | NA | NA | 0.00 |
| | Green Oaks Hospital, PO Box 99008 Bedford, TX 76095 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Oaks Hospital, PO Box 99008 Bedford, TX 76095 | | 11,052.00 | NA | NA | 0.00 |
| | Green Oaks Hospital, PO Box 99008 Bedford, TX 76095 | | 2,693.00 | NA | NA | 0.00 |
| | Ingallis Memorial Hospital, Correspondence Address PO Box 3397 Chicago, IL 60654-0397 | | 442.00 | NA | NA | 0.00 |
| | Radiology Partners, 75 Remittance Dr. Dept. 1324 Chicago, IL 60675 | | 330.00 | NA | NA | 0.00 |
| | Selam Kendie, 1221 Abrams Rd. #235 Richardson, TX 75081 | | 100.00 | NA | NA | 0.00 |
| 2 | Discover Bank | 7100-000 | 4,885.00 | 4,876.02 | 4,876.02 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 41,372.00** | **$ 4,876.02** | **$ 4,876.02** | **$ 0.00** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-22591 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Nicole Pollard | | | | Date Filed (f) or Converted (c): | 07/14/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/2016 |
| For Period Ending: | 11/22/2017 | | | | Claims Bar Date: | 02/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 110 West 140Th Court Riverdale Il 60827-0000 Cook | 54,000.00 | 54,000.00 | OA | 0.00 | FA |
| 2. 14432 S. Green St. Harvey Il 60426-0000 Cook | 26,000.00 | 26,000.00 | | 0.00 | FA |
| 3. 2007 Mazda Cx7 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4. Household Goods & Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 5. Tv & Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 6. Normal Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. First Merchant Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Legacy Tax Service | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 10. EEOC Suit-Pollard v Holland School District #151, et al. 15-(u) | Unknown | 7,700.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $86,700.00    $90,700.00    $8,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

6/2017  Finalizing settlement agreement and application to approve compromise (Motion to approve compromise set for hearing on 8/1/17)

5/2017  Case settled for $8000

4/2017  Status hearing set for 4/19/17; continued to 5/19/17

1/2017  Status hearing; possible settlement

9/2016  Employment discrimination claim against school district

Initial Projected Date of Final Report (TFR): 06/30/2018      Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-22591

Case Name: Nicole Pollard

Taxpayer ID No: XX-XXX1759

For Period Ending: 11/22/2017

Trustee Name: STEVEN R. RADTKE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6362

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/17 | 10 | Phoenix Public Library District 06194 | Settlement proceeds | 1249-000 | $1,000.00 | | $1,000.00 |
| 08/17/17 | 10 | Gallagher Bassett Services, Inc. for S.S.C.I.P. | Settlement proceeds | 1249-000 | $7,000.00 | | $8,000.00 |
| 08/22/17 | 1001 | Nicole Pollard P.O. BOX 278262 RIVERDALE, IL  60827 | Debtor Exemption in proceeds of settlement | 8100-002 | | $300.00 | $7,700.00 |
| 10/26/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,520.00 | $6,180.00 |
| 10/26/17 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6.32 | $6,173.68 |
| 10/26/17 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,000.00 | $3,173.68 |
| 10/26/17 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $14.13 | $3,159.55 |
| 10/26/17 | 1006 | Peter Shillingford C/O Lance R. Minor 120 N. La Salle St, 20Th Floor Chicago, Il 60602 | Final distribution to claim 1 representing a payment of 30.90 % per court order. | 5100-000 | | $3,159.55 | $0.00 |

|  | Page Subtotals: | | | | $8,000.00 | $8,000.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $300.00 |
| Net | $8,000.00 | $7,700.00 |

Page Subtotals:                                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6362 - Checking | $8,000.00 | $7,700.00 | $0.00 |
| | $8,000.00 | $7,700.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |